IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-20-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JOANNE SESSION SMITH, )<br>)<br>Defendant. ) | **ORDER** |

This matter is before the court on defendant's motion for recommendation regarding residential re-entry placement. The court has reviewed the motion, but finds placement is determined by the Bureau of Prisons. Therefore, defendant's motion [DE #258] is hereby DENIED.

This 14TH day of May 2018.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#26