IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-20-1H

UNITED STATES OF AMERICA,

v.

JOANNE SMITH
    Defendant.

**ORDER**

This matter is before the court on defendant's motions [DE #300 and #301] for sentence reduction. For lack of good cause shown, the motions are denied.

    This 21st day of January 2020.

                              _____
                              Malcolm J. Howard
                              Senior United States District Judge

At Greenville, NC
#26